UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEKTAR THERAPEUTICS DERIVATIVE LITIGATION | Case No. 4:20-cv-01088-JSW<br><br>**JUDGMENT** |

For the reasons set forth in the Order granting Defendant's motion to dismiss, the Court HEREBY enters judgment for Defendant and against Plaintiffs.

IT IS SO ORDERED.

Dated: September 1, 2021

_____
JEFFREY S. WHITE
United States District Judge